IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 22-146 |
| | ) | |
| JAMES SMELKO | ) | |

## **VERDICT**

### COUNT ONE

As to Count One, charging Possession of Material Containing Child Pornography,

alleged to have occurred on or about May 7, 2021, we the jury find the defendant, James Smelko:

**NOT GUILTY** _____          **GUILTY** __✓__

### COUNT TWO

As to Count Two, charging Possession of, or Access with Intent to View, Material

Containing Child Pornography, alleged to have occurred on or about October 14, 2022, we the

jury find the defendant, James Smelko:

**NOT GUILTY** _____          **GUILTY** __✓__

SO SAY WE ALL, this ___15___ day of November, 2023,

Jury Foreperson

Jurors:

Cynthia H Kern                    Linda Kruse

Georinn                          Brl Mal

Munil  Green                     Marcia Gallaher

Kathlen O'Rour                   Keith Guyer

Amanda Johnson                   Veeta R Kenny-Williams

2