# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
)
)
           v.     )    **Criminal No. 22-146**
)
)
JAMES SMELKO )
)
    **Defendant.**     )

## NOTICE OF APPEAL

NOTICE is hereby given that the Defendant, JAMES SMELKO., appeals to the United

States Court of Appeals for the Third Circuit from the Judgment entered in this case on May 1,

2024 (ECF 144).

.

/s/ *Marilyn J. Horan*
United States District Judge