**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 22-146** |
| | ) | |
| **JAMES SMELKO** | ) | |

## ORDER

Defendant James Smelko died on February 1, 2025, as reported by his Appellate Counsel in her Motion to Withdraw Appeal, filed in Mr. Smelko's appeal at Case No. 24-1845, and as reported by the Bureau of Prisons on its website. Therefore, in accordance with the March 11, 2025 Order of Court from the United States Court of Appeals for the Third Circuit (ECF No. 161), the Superseding Indictment filed on August 1, 2023 (ECF No. 82) is hereby DISMISSED.

SO ORDERED, this 13th day of March 2025.

s/*Marilyn J. Horan*
United States District Judge